UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LORI FRANKLIN, MARGIE GARRETT,           :
PAMELA GILL, CAROLYN GRANT, LESLIE       :
HAIL, CINDY HAMPTON, JULIA HANNON,       :
KIMBERLY HARRINGTON, MAMIE HARRIS,       :
SHIRLEY HEARN, BOBBIE HENDERSON,         :
DIANA HERBERT, JIMMY HIGHTOWER,          :
MARY HILL, BRENDA HORD, BUFFORD          :
HOTTLE, JOE JENNINGS, ELIZABETH          :
JOHNSON, WILLIAM JOHNSON, SHERRY         :
KELLER,                                  :
                                         :
       Plaintiffs.                       :   Civil Action
v.                                       :   No. 04-11262-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
       Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                          Respectfully submitted,
       Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.