UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LORI FRANKLIN, MARGIE GARRETT,              :
PAMELA GILL, CAROLYN GRANT, LESLIE          :
HAIL, CINDY HAMPTON, JULIA HANNON,          :
KIMBERLY HARRINGTON, MAMIE HARRIS,          :
SHIRLEY HEARN, BOBBIE HENDERSON,            :
DIANA HERBERT, JIMMY HIGHTOWER,             :
MARY HILL, BRENDA HORD, BUFFORD             :
HOTTLE, JOE JENNINGS, ELIZABETH             :
JOHNSON, WILLIAM JOHNSON, SHERRY            :
KELLER,                                     :
                                            :
        Plaintiffs.                         :   Civil Action
v.                                          :   No. 04-11262-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 29, 2004                              Respectfully submitted,
       Boston, Massachusetts

                                                       /s/Matthew J. Matule
                                                       Matthew J. Matule (BBO #632075)
                                                       SKADDEN, ARPS, SLATE,
Of Counsel:                                           MEAGHER & FLOM LLP
Barbara Wrubel                             One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                      Boehringer Ingelheim Pharmaceuticals, Inc.