UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI FRANKLIN, MARGIE GARRETT, PAMELA GILL, CAROLYN GRANT, LESLIE HAIL, CINDY HAMPTON, JULIA HANNON, KIMBERLY HARRINGTON, MAMIE HARRIS, SHIRLEY HEARN, BOBBIE HENDERSON, DIANA HERBERT, JIMMY HIGHTOWER, MARY HILL, BRENDA HORD, BUFFORD HOTTLE, JOE JENNINGS, ELIZABETH JOHNSON, WILLIAM JOHNSON, SHERRY KELLER,<br><br>    Plaintiffs,<br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action<br>No. 04-11262-GAO |

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004                                  Respectfully submitted,
       Boston, Massachusetts

                                          /s/Matthew J. Matule
                                          Matthew J. Matule (BBO #632075)
                                          SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                             One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,            (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                          Indevus Pharmaceuticals, Inc.