UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LORI FRANKLIN, MARGIE GARRETT,             :
PAMELA GILL, CAROLYN GRANT, LESLIE
HAIL, CINDY HAMPTON, JULIA HANNON,         :
KIMBERLY HARRINGTON, MAMIE HARRIS,
SHIRLEY HEARN, BOBBIE HENDERSON,           :
DIANA HERBERT, JIMMY HIGHTOWER,
MARY HILL, BRENDA HORD, BUFFORD            :
HOTTLE, JOE JENNINGS, ELIZABETH
JOHNSON, WILLIAM JOHNSON, SHERRY           :
KELLER,
                                           :
       Plaintiffs,                         :     Civil Action
v.                                               No. 04-11262-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,           :

       Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  September 15, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |